IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3102 |
| vs. | |
| LUIS A. LORENZANA LOPEZ, | ORDER |
| Defendant. | |

On September 18, 2018, a conference call was held on the record regarding the pending Petition for Offender Under Supervision (Filing No. 91). The defendant was hospitalized during the hearing and he was unable to attend in person or by telephone. The defendant's interests were represented by John Vanderslice, Assistant Federal Public Defender, and the government was represented by John Higgins, Assistant U.S. Attorney.

Based on the information within the court's record, including the allegations within the Petition and Defendant's ongoing drug abuse and addiction, the court finds Defendant must be detained.

**IT IS ORDERED:**

1) The above-named defendant is detained pending further order of the court.

2) Any waiver of initial appearance shall be filed on or before September 26, 2018, in the absence of which the court will re-schedule the initial appearance.

3) A copy of any discharge release or medical summary received by the Marshal upon Defendant's release from the hospital shall be provided to Defendant's counsel.

4) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

September 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge