IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS A. LORENZANA LOPEZ,<br><br>    Defendant. | **4:12CR3102**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 106), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Campus for Hope/CenterPointe in Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Campus for Hope/CenterPointe facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer.  In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) When the bed becomes available at Campus for Hope/CenterPointe in Omaha, Nebraska, defense counsel shall contact my chambers and the Marshal to arrange for Defendant's release to the Federal Public Defenders Office  for transport to Campus for Hope/CenterPointe in Omaha, Nebraska.

4) The supervised release revocation hearing is continued and will be held before Chief Judge John M. Gerrard on April 12, 2019 at 2:30 p.m. in Courtroom #1, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Defendant, his counsel, and counsel for the government shall appear at the hearing.

Dated this 24th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge