IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12CR3102 |
| vs. | |
| LUIS A. LORENZANA LOPEZ, | ORDER |
| Defendant. | |

Regarding defendant's motion to review detention, filing 106,

IT IS ORDERED:

Defendant shall arrive at Campus for Hope in Omaha, Nebraska by 10:00 a.m. on February 4, 2019. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to the Federal Public Defender's Office for timely transport to Campus for Hope in Omaha.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge