IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:12CR3102** |
| vs. | |
| LUIS A. LORENZANA LOPEZ, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Revocation Hearing (filing 118) is granted.

2. Defendant Luis A. Lorenzana Lopez's violation of supervised release hearing is continued to June 5, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of February, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge