IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3102 |
| vs. | ORDER |
| LUIS A. LORENZANA LOPEZ, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 166) is granted.

2. The operative petition for offender under supervision (filing 157) is dismissed.

3. The June 10, 2022 hearing is cancelled.

Dated this 9th day of June, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge